**Robert Thomas HAMRIC,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 01–6264.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Robert Thomas Hamric, pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Robert Thomas Hamric seeks to appeal the district court's order denying relief without prejudice on his action challenging his conviction and sentence imposed in the United States District Court for the Eastern District of Virginia. Hamric filed his claim for relief under 28 U.S.C. § 2241 (1994). Because he was challenging his sentence, the district court construed his action as a 28 U.S.C.A. § 2255 (West Supp. 2000) motion and denied relief on the ground that the court lacked jurisdiction. Hamric seeks to challenge the validity of his drug conspiracy conviction under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Even if *Apprendi* claims are cognizable under § 2241, Hamric's eighty month sentence for conspiring to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C.A. § 846 (West 1999) does not violate *Apprendi*. *See United States v. Angle*, 254 F.3d 515, 516 (4th Cir.2001) (en banc) (finding no *Apprendi* error where sentence for conspiracy to commit a drug offense involving unspecified drug quantity was under twenty

years). Accordingly, we affirm the district court's order denying relief without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*